

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 25, 2024**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| Jessi Sue Villar and Nicholas Roland Villar, Sr., | § § | Case No. 24-30515-swe7 |
| Debtors. | § | |

| | | |
|---|---|---|
| Ally Bank, | § § § | |
| Movant, | § § | |
| v. | § § | |
| Jessi Sue Villar and Nicholas Roland Villar, Sr., | § § § | |
| Debtors-Respondents. | § | |

## AGREED ORDER TERMINATING AUTOMATIC STAY

Came the parties before the Court in the above-entitled and numbered proceeding, wherein Jessi Sue Villar and Nicholas Roland Villar, Sr. are the Debtors, and Ally Bank is the Movant, and came the parties by and through their attorneys of record to announce to the Court that they had reached an

agreement for the settlement of certain matters in controversy herein, and that all parties request the entry of an Order Terminating the Automatic Stay to allow Ally Bank to gain possession of and sell the following property in a commercially reasonable manner and apply the proceeds against the indebtedness of Debtors in connection with said Collateral and that the excess, if any, be paid over to the Trustee in Bankruptcy;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Stay afforded by 11 U.S.C. §362 be, and it is hereby terminated to permit Ally Bank to foreclose its interest and sell the following:

2019 Chevrolet Express 2500 Cargo Extended Van 3D
VIN: 1GCWGBFG5K1363722

and the Court finding and being of the opinion that such Order should be entered:

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bnkr. P. 4001(3) shall not be applicable to this Order.

###END OF ORDER###

APPROVED:

QUILLNG, SELANDER, LOWNDS, WINSLETT
& MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)

Attorney for Ally Bank

By: /s/Patrick M. Lynch_____  _____
    Patrick M. Lynch
    State Bar Number 24065655
    Email: plynch@qslwm.com


By: /s/Areya Holder_____  _____
    Areya Holder
    Trustee for Debtors, Jessi Sue Villar and
    Nicholas Roland Villar, Sr.