**Areya Holder Aurzada**
**State Bar No. 24002303**
**CHAPTER 7 TRUSTEE**
**P.O. Box 2105**
**Addison, TX 75001-2105**
**Telephone: (972) 438-8800**
**Email: areya@holderlawpc.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **NICHOLAS ROLAND VILLAR, SR. and** | § | **CASE NO. 24-30515-SWE** |
| **JESSI SUE VILLAR** | § | |
| | § | |
| **Debtors** | § | **Chapter 7** |
| | § | |

## STIPULATION

WHEREAS, on February 26, 2024 (the "Petition Date"), Nicholas Roland Villar, Sr. and Jessi Sue Villar (the "Debtors") commenced this case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"); and

WHEREAS, Areya Holder Aurzada was appointed as the Chapter 7 Trustee (the "Trustee") of the Debtors' bankruptcy case and continues to serve in that capacity; and

WHEREAS, on March 25, 2024, Yarrow ("Yarrow") filed a proof of claim (Claim No. 3) in the Debtors' bankruptcy case in the total amount of $307,343.58 and asserted that the claim was secured pursuant to a UCC-1 financing statement; and

WHEREAS, the Trustee has received a tax refund in the amount of $29,810.02 (the "Tax Refund"); and

WHEREAS, it appears that the Tax Refund is subject to the security interest of Yarrow; and

WHEREAS, this is the only asset that the Trustee has to administer in the Debtors' bankruptcy case, and the Trustee does not know of any other assets to pursue; and

**NOW, THEREFORE, YARROW AND THE TRUSTEE HEREBY STIPULATE AND AGREE THAT:**

1. For distribution purposes in this bankruptcy case, Claim No. 3 filed by Yarrow shall be allowed as a secured claim in the amount of $19,810.02 and the remaining portion of Claim No. 3 shall be treated as an unsecured claim.

**Dated April 3, 2025.**

***STIPULATED AND AGREED TO BY*:**

*/s/ Areya Holder Aurzada*
Areya. Holder Aurzada
SBT #24002303
CHAPTER 7 TRUSTEE
P.O. Box 2105
Addison, TX 75001-2105
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

**-And-**

*/s/Ariel Bouskila*
Ariel Bouskila
Berkovitch & Bouskila, PLLC
1545 Route 202, Suite 101
Pomona, NY 10970
Telephone: 212-729-1477
Email: ari@bblawpllc.com

Counsel for Yarrow